STATE OF CONNECTICUT *v.* WAYNE JONES

*Stephanie L. Evans,* special public defender, in support of the petition.

*Frederick W. Fawcett,* special assistant state's attorney, in opposition.

Decided September 17, 2009

BECKENSTEIN ENTERPRISES-PRESTIGE PARK, LLC, ET AL. *v.* JONATHAN M. KELLER ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 115 Conn. App. 680 (AC 28680), is denied.

*Michael P. Berman* and *Suzanne LaPlante,* in support of the petition.

*Richard P. Weinstein* and *Nathan A. Schatz,* in opposition.

Decided September 17, 2009

STATE OF CONNECTICUT *v.* RANDAL LICARI

The defendant's petition for certification for appeal from the Appellate Court, 115 Conn. App. 633 (AC 28735), is denied.